AUSA: Erin Ramamurthy  Telephone: (313) 226-9100
Task Force Officer: Robert Stankiewicz, ATF  Telephone: (313) 202-3400

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Reginald BATISTE

Case No. 2:20-mj-30420
Judge: Unassigned,
Filed: 10-07-2020 At 09:36 AM
CMP USA v. Reginald Batiste (krc)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Task Force Officer Robert Stankiewicz, ATF
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 7, 2020

_Judge's signature_

City and state: Bay City, MI

Honorable Patricia T. Morris, U.S. Magistrate Judge
_Printed name and title_

Save  Print

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert R Stankiewicz, being duly sworn, do hereby state the following:

## I. INTRODUCTION

1. I am Detroit Police Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a Detroit Police Officer since March 2008, and assigned to the ATF since January 2019. During my career, I have been involved in numerous investigations involving firearms and numerous criminal investigations resulting in successful prosecution.

2. The statements contained in this affidavit are based on my review of written police reports by law enforcement, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter. This affidavit does not provide every detail known to law enforcement about this investigation.

3. This affidavit provides information necessary to establish probable cause that Reginald BATISTE (DOB XX/XX/1958) has violated

Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

## II. PROBABLE CAUSE

4. On September 11, 2020, at approximately 11:45 p.m., Detroit Police officers responded to a police run dispatched via radio regarding a male waving a gun driving in a burgundy vehicle at Grand Circus Park.

5. Upon officers making the area of Woodward and Adams they observed a burgundy 2015 Jeep Cherokee occupied by a black male, later identified as BATISTE, matching the description of the person waving the gun. Upon conducting a traffic stop and making contact with BATISTE officers observed a Glock/Model 19/ 9mm/ serial number 17US1232 handgun protruding from his front hooded sweatshirt pocket which was recovered and later placed on evidence.

6. A criminal history check was conducted on BATISTE which revealed that he had the following prior felony convictions:

    a. 1977 – Felony Larceny from the person, District 1 Appeals Court.

    b.    1977 – Felony Homicide Murder second degree – Detroit, Michigan.

    c.    1986 – Dangerous Drugs, 8th Circuit Court.

    d.    2011 – Felony controlled substance – Deliver/Manufacturing (cocaine, heroin or another Narcotic) less than 50 grams – Detroit, Michigan.

    e.    2012 – Felony controlled substance-possess (cocaine, heroin or another narcotic) less than 25 grams – Detroit, Michigan.

    f.    2013 – Felony Retail fraud-first degree – Detroit Michigan.

    g.    2017 – Felony identity theft – Detroit, Michigan.

7. On September 30, 2020, Special Agent Jimmie Pharr advised me, based upon the verbal descriptions provided, without physically examining the firearm, that the above referenced firearm is a firearm as defined under 18 U.S.C. § 921, was manufactured outside of the state of Michigan after 1989, and therefore had traveled in and affected interstate commerce.

## III. CONCLUSION

8. Probable cause exists that Reginald BATISTE, a convicted felon, was in possession of the above described firearm, said firearm having travelled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

Robert R. Stankiewicz
Task Force Officer, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2020

-4-